

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00142-CV

**CITY OF LAREDO**,
Appellant

v.

San Juana **RAMOS**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-01136-D2
Honorable Monica Z. Notzon, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed: April 20, 2022

DISMISSED

Appellant City of Laredo filed a notice of settlement and request to dismiss this appeal. Appellee San Juana Ramos has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the request, dismiss the appeal, and remand the case to the trial court. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM